WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED '07 JAN 19 17:15 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**FLORENCE CUNNINGHAM,**                    CV # 05-1280-KI

   Plaintiff,

vs.                                                     ORDER

**COMMISSIONER of Social Security,**

   Defendant.

_____

   Attorney fees in the amount of $7,499.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

   DATED this 19Th day of Jan, 2007.

                                                               United States District Judge

Submitted on January 15, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1